435 A.2d 1335

Commonwealth ex rel. Susan Marsh v. Emerson Marsh, Appellant.

Argued April 16, 1980. John M. Golden, for appellant; William A. Johnson, submitted a brief on behalf of appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

435 A.2d 1335

In re Estate of Weimer.

Appeal of Alem W. Hull, James W. Hull and Marshall W. Hull.

Argued April 20, 1981. Burk E. Bishop, for appellants; Charles V. Henry, II, for appellee.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

Order affirmed.